# Earnings Statement

**ADP**

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Ending: 06/15/2007
Pay Date: 06/25/2007

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0, Tax Blocked
   CT: , Tax Blocked

00000001674
**SEAN BOWLER**
**75 RED BARN RD**
**MONROE, CT 06468**

Social Security Number: XXX-XX-0617

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 7,531.66 | 48,937.27 |
| **Gross Pay** | | | **$7,531.66** | 48,937.27 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -402.24 | 2,775.21 |
| Medicare Tax | | -94.07 | 649.04 |
| **Other** | | | |
| Checking | | -5,839.76 | |
| Dental Pre-Tax | | -192.90* | 771.60 |
| Ins Pretax Epr | | -833.34* | 3,333.36 |
| Ltd Epr | | -58.11 | 232.44 |
| Pretax Vision | | -17.70* | 70.80 |
| Short Term Dis | | -93.54 | 374.16 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$6,487.72