# United States Bankruptcy Court
### District of Connecticut

In re    **Sean P. Bowler**
       **Maureen R. Bowler**                          Debtor(s)

Case No. _____
Chapter    **7**   _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **July 31, 2007**                  **/s/ Sean P. Bowler**
                                                 **Sean P. Bowler**
                                                 Signature of Debtor

Date:    **July 31, 2007**                  **/s/ Maureen R. Bowler**
                                                 **Maureen R. Bowler**
                                                 Signature of Debtor

American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express Blue
P.O. Box 1270
Newark, NJ 07101-1270


American Home Mortgage
538 Broadhollow Road
Melville, NY 11747


Audi Financial Services
P.O. Box 17497
Baltimore, MD 21297-1497


Capital One
P.O. Box 70884
Charlotte, NC 28272-0884


Collection Nationwide Credit
2015 Vaughn Rd. Suite 400
Kennesaw, GA 30144-7802


Collection United Recovery



Graphicom Printing



Home Depot Mastercard
P.O. Box 6926
The Lakes, NV 88901-6926


HSBC Beneficial
P.O. Box 17574
Baltimore, MD 21297-1574

MBNA Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Nat'l Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405-0191

Newcourt Leasing
P.O. Box 550599
Jacksonville, FL 32255-0599

Roger Bowler
75 Sylan Road North
Westport, CT 06880

Space Age Printing

Tarantino Landscaping
P.O. Box 5160
Bridgeport, CT 06610

Tom Rietano
13 Half Mile Road
Norwalk, CT 06851