Form defntc

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean P. Bowler   Maureen R. Bowler
75 Red Barn Road   75 Red Barn Road
Monroe, CT 06468   Monroe, CT 06468

Case No:. 07–31745

## DEFICIENCY NOTICE AND NOTICE OF HEARING

The above referenced case was commenced on 7/31/07 (hereafter, the "Petition Date") with the Petition Date Deficiencies below.

## PETITION DATE DEFICIENCIES

(Required to be filed on Petition Date but not filed or filed incorrectly as indicated by check mark)

_____ Voluntary Petition _____

_____ Statement of Social Security Number, Official Form B21

_____ Exhibit D _____

## ADDITIONAL DOCUMENTS NOT FILED TO DATE BUT REQUIRED TO BE FILED WITHIN FIFTEEN DAYS OF PETITION DATE

(Not filed to date or filed incorrectly as indicated by check mark)

NOTICE is hereby given, and that the additional documents listed hereafter, and not filed to date, must be filed with the Court within 15 days of the Petition Date, as required by §521, 1321, and Bankruptcy Rules 1007, 3015, inter alia

_____ *Schedules A–J _____

_____ *Summary of Schedules _____

_____ *Statistical Summary of Certain Liabilities and Related Data _____

_____ *Statement of Intent (Chapter 7)

_____ *Official Form B7 Statement of Debtors Financial Affairs

_____ Credit Counseling Certificate (See 11 U.S.C. §521 (b)(1)), Motion for Determination of Exigent Circumstances (See §109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)),. See Bankruptcy Rules 1007(b) and (c).

_____ *Means Test (Chapter 7 only) Official Form B22, Statement of Current Monthly Income and Means Test Calculation

_____ *Means Test (Chapter 11 only) Official Form B22B Statement of Current Monthly Income Means Test

Calculation

_____ *Means Test (Chapter 13 only) Official Form B22C Statement of Current Monthly Income and Disposible Income Means Test Calculation

\_\_\_X (for debtor wife)_____ Employee Payment Records (All pay statements, pay stubs or other evidence of income received from any and all employers during the 60 days prior to the filing of the petition.)

_____ *Bankruptcy Petition Prep Form 19A

_____ *Bankruptcy Petition Prep Form 19B

_____ Chapter 13 Plan (Chapter 13 only)

NOTICE is further given that the failure to file the above Listed Additional Documents within fifteen days of the Petition Date may result in the dismissal of your case, including, inter alia, a dismissal following the Hearing scheduled below, and/or an automatic dismissal pursuant to §521(i)(1) effective on the forty−sixth day following the Petition Date. The §521(i)(1) automatic dismissal is subject to the debtor's right under §521(i)(3) to request no later than forty−five days following the Petition Date an extension of time upon justification, which extension may not exceed an additional forty−five days.

## NOTICE OF HEARING TO CONSIDER DISMISSAL

Please take NOTICE that a hearing will be held on **9/19/07 at 10:00 AM, Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510,** at which the Debtor shall have opportunity to appear and show cause as to why the case should not be dismissed, or other prejudice imposed for (i) the Petition Date Deficiencies as indicated above, if any, or (ii) the failure to timely file any additional Document(s) Required to Be Filed Within Fifteen Days of the Petition Date, or as otherwise required by the Bankruptcy Code and/or Rules.

*Indicates the form is available on our website www.ctb.uscourts.gov

Dated: 8/3/07

*Deborah S. Hunt*

Deborah S. Hunt, Clerk