**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SEAN P. BOWLER | § | CASE NO.  07-31745-ASD |
| MAUREEN R. BOWLER | § | CHAPTER  7 |
| | § | |
| | § | JUDGE  ALBERT S. DABROWSKI |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**VW Credit, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

| | |
|---|---|
| <u>MAIL TO</u> : | Respectfully submitted, |
| P. O. Box 829009, Dallas, Texas  75382-9009 | Brice, Vander Linden & Wernick, P.C. |
| | |
| | <u>/s/ Joe M. Lozano, Jr.</u> |
| | Joe M. Lozano, Jr. |
| | F# 6225-N-5500 |
| | 9441 LBJ Freeway, Suite 350 |
| | Dallas, Texas 75243 |
| | (972) 643-6600 / (972) 643-6698 (Telecopier) |
| | E-mail Address: notice@bkcylaw.com |
| | Authorized Agent for VW Credit, Inc. |

1

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 10, 2007:

**Debtors' Attorney**
Gregory B. Schiller
Zeisler And Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

**Chapter 7 Trustee**
Richard Belford
9 Trumbull Street
New Haven, Connecticut  06511

                                        /s/ Joe M. Lozano, Jr.
                                        Joe M. Lozano, Jr.

6225-N-5500
noaelect