BOWLERCT0006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

```
IN RE: SEAN P BOWLER            :  CHAPTER: 7
       MAUREEN R BOWLER         :
                                :
                                :  BANKRUPTCY NO: 07-31745-ASD
```

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2.  The address to which all such notices should be sent is:

   **eCAST Settlement Corporation**
   **POB 35480**
   **Newark NJ 07193-5480**

By:  /s/Gilbert B. Weisman
   _____
   Gilbert B Weisman Esquire PA59872
   Becket and Lee LLP Attorneys Agent
   POB 3001
   MALVERN PA 19355-0701
   PHONE:   (610) 644-7800
   FAX  :   (610) 993-8493
   EMAIL:   notices@becket-lee.com

   DATE: August 24, 2007

PET: 07/31/2007

EF7-BNT