UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:

SEAN P. BOWLER and,
MAUREEN R. BOWLER,

       Debtors

Chapter 7

Case No. 07—31745 (ASD)

## AFFIDAVIT OF MAUREEN R. BOWLER

Maureen R. Bowler, being duly sworn, hereby deposes and says as follows:

1. I am over eighteen years of age and I understand and appreciate the obligations of an oath.

2. I make this affidavit of my own personal knowledge and upon review of all relevant documents.

3. On July 31, 2007, I and my husband, Sean P. Bowler, filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut, New Haven Division, styled In re: Sean P. Bowler and Maureen R. Bowler, Case No. 07-31745 (ASD) (the "Bankruptcy Case").

4. In connection with the means testing for the Bankruptcy Case, I hereby affirm that I received no income from any source for the period of January 1, 2007 through and including June 30, 2007.

_____
Maureen R. Bowler

Subscribed and sworn to before me on this 17th day of September, 2007.

_____
Gregory B. Schiller, Esq.
Commissioner of the Superior Court