# United States Bankruptcy Court
## District of Connecticut

In re  Sean P. Bowler
       Maureen R. Bowler                                   Case No. __07-31745 (ASD)__
                         Debtor(s)                         Chapter  __7__

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Amended Summary of Schedules
Amended Schedules A, B, C, F and G
Amended Statement of Financial Affairs
Amended Creditors Matrix
Amended Disclosure of Compensation of Attorney for Debtor
Amended Chapter 7 Individual Debtor's Statement of Intention

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Sean P. Bowler and Maureen R. Bowler, 75 Red Barn Road, Monroe, CT 06468 *(Debtors)*

Richard Belford, Esq., Nine Trumbull Street, New Haven, CT 06511 *(Chapter 7 Trustee)*

Office of the U.S. Trustee, One Century Tower, 265 Churchs Street, Suite 1103, New Haven, CT 06510


Date: __September 28, 2007__          /s/ Gregory B. Schiller
                                      Gregory B. Schiller ct20606
                                      Attorney for Debtor(s)
                                      Zeisler & Zeisler, P.C.
                                      558 Clinton Avenue
                                      Bridgeport, CT 06605
                                      (203) 368-4234 Fax:(203) 367-9678
                                      gschiller@zeislaw.com