Form 6-Summary (10/06)

# United States Bankruptcy Court
## District of Connecticut

In re    Sean P. Bowler,
         Maureen R. Bowler
                                            Debtors

Case No. __07-31745 (ASD)__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 730,000.00 | | |
| B - Personal Property | Yes | 3 | 24,015.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 688,715.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 219,313.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,563.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,704.53 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 754,015.00 | | |
| | | | Total Liabilities | 908,028.41 | |

Form B6A
(10/05)

In re  Sean P. Bowler,
       Maureen R. Bowler
                                                    Debtors

Case No.  **07-31745 (ASD)**

# SCHEDULE A. REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 75 Red Barn Road<br>Monroe, CT 06468<br>(Single Family Residence) | Fee simple | W | 730,000.00 | 675,715.81 |

|   |   |   |
|---|---|---|
| Sub-Total > | 730,000.00 | (Total of this page) |
| Total > | 730,000.00 |   |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                           Best Case Bankruptcy

Form B6B
(10/05)

In re   Sean P. Bowler,
        Maureen R. Bowler
                                                           Debtors

Case No. __07-31745 (ASD)__

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | J | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Checking Account | J | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, computer and electronics | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books / CD's | J | 250.00 |
| 6. Wearing apparel. | | Wearing apparel | J | 500.00 |
| 7. Furs and jewelry. | | Wedding rings | W | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports / Photo Equipment | J | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       12,750.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Form B6B
(10/05)

In re  Sean P. Bowler,  
      Maureen R. Bowler

Case No. __07-31745 (ASD)__

Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Graphicom Print Nexus, LLC (defunct) | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    0.00  
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached  
to the Schedule of Personal Property

Form B6B
(10/05)

In re   Sean P. Bowler,                                           Case No.   07-31745 (ASD)
        Maureen R. Bowler
                                            Debtors

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Audi station wagon; 94k miles | H | 10,265.00 |
|  | | 2005 Enclosed trailer | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment supplies | H | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machines, business fixtures | H | 200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 11,265.00 |
| Total > | 24,015.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Form B6C
(4/07)

In re   Sean P. Bowler,
        Maureen R. Bowler

Case No.   **07-31745 (ASD)**

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Husband's Exemptions** | | | |
| **Cash on Hand** | | | |
| Cash on Hand | Conn. Gen. Stat. § 52-352b(r) | 0.00 | 0.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia Checking Account | Conn. Gen. Stat. § 52-352b(r) | 500.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Furniture, computer and electronics | Conn. Gen. Stat. § 52-352b(a) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books / CD's | Conn. Gen. Stat. § 52-352b(r) | 125.00 | 250.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | Conn. Gen. Stat. § 52-352b(a) | 250.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports / Photo Equipment | Conn. Gen. Stat. § 52-352b(r) | 500.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Audi station wagon; 94k miles | Conn. Gen. Stat. § 52-352b(j) | 1,500.00 | 10,265.00 |
| 2005 Enclosed trailer | Conn. Gen. Stat. § 52-352b(r) | 250.00 | 500.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Office equipment supplies | Conn. Gen. Stat. § 52-352b(b) | 300.00 | 300.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Machines, business fixtures | Conn. Gen. Stat. § 52-352b(b) | 200.00 | 200.00 |
| | Total: | 6,125.00 | 19,015.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re  Sean P. Bowler,  
      Maureen R. Bowler  
                                      Debtors

Case No.  07-31745 (ASD)

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Wife's Exemptions** | | | |
| **Real Property** | | | |
| 75 Red Barn Road Monroe, CT 06468 (Single Family Residence) | Conn. Gen. Stat. § 52-352b(t) | 75,000.00 | 730,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia Checking Account | Conn. Gen. Stat. § 52-352b(r) | 500.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Furniture, computer and electronics | Conn. Gen. Stat. § 52-352b(a) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books / CD's | Conn. Gen. Stat. § 52-352b(r) | 125.00 | 250.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | Conn. Gen. Stat. § 52-352b(a) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | Conn. Gen. Stat. § 52-352b(k) | 5,000.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports / Photo Equipment | Conn. Gen. Stat. § 52-352b(r) | 500.00 | 1,000.00 |
| **Stock and Interests in Businesses** | | | |
| Graphicom Print Nexus, LLC (defunct) | Conn. Gen. Stat. § 52-352b(r) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Enclosed trailer | Conn. Gen. Stat. § 52-352b(r) | 250.00 | 500.00 |
| | Total: | 84,125.00 | 743,250.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06)

In re  Sean P. Bowler,
       Maureen R. Bowler
                                                Debtors

Case No. __07-31745 (ASD)__

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxxx-x3001<br><br>American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | H | | | | | 150.00 |
| Account No.<br><br>Representing:<br>American Express | | | Collection Nationwide Credit<br>2015 Vaughn Rd. Suite 400<br>Kennesaw, GA 30144-7802 | | | | |
| Account No. xxxx-xxxxxx-x2006<br><br>American Express Blue<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | H | | | | | 20,105.00 |
| Account No.<br><br>Representing:<br>American Express Blue | | | Collection United Recovery | | | | |

__2__ continuation sheets attached

Subtotal (Total of this page)    20,255.00

Case 07-31745  Doc 22-1  Filed 09/28/07  Entered 09/28/07 11:15:03  Desc Amended Summary  Schedules A  B  C  F and G  Page 9 of 12

Official Form 6F (10/06) - Cont.

In re  Sean P. Bowler,  
      Maureen R. Bowler,

Case No. __07-31745 (ASD)__

Debtors

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Capital One<br>P.O. Box 70884<br>Charlotte, NC 28272-0884 | X | W | | | | | 27,455.25 |
| Account No. xxxx-xxxx-xxxx-1920<br><br>Home Depot Mastercard<br>P.O. Box 6926<br>The Lakes, NV 88901-6926 | | H | | | | | 10,319.00 |
| Account No. xxxxxx-xx-xxx081-5<br><br>HSBC Beneficial<br>P.O. Box 17574<br>Baltimore, MD 21297-1574 | | H | | | | | 4,181.47 |
| Account No.<br><br>MBNA Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | | W | | | | | 26,682.15 |
| Account No.<br><br>Representing:<br>MBNA Bank of America | | | Nat'l Arbitration Forum<br>P.O. Box 50191<br>Minneapolis, MN 55405-0191 | | | | |

Sheet no. __1__ of __2__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **68,637.87**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Case 07-31745   Doc 22-1   Filed 09/28/07   Entered 09/28/07 11:15:03   Desc Amended
Summary   Schedules A   B   C   F and G   Page 10 of 12

Official Form 6F (10/06) - Cont.

In re    Sean P. Bowler,
         Maureen R. Bowler

Case No. __07-31745 (ASD)__

Debtors

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xxxxxx9-000<br><br>Newcourt Leasing<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | X | H | | | | | 141.88 |
| Account No.<br><br>Roger Bowler<br>75 Sylan Road North<br>Westport, CT 06880 | | J | | | | | 110,000.00 |
| Account No. x2639T<br><br>Tarantino Landscaping<br>P.O. Box 5160<br>Bridgeport, CT 06610 | | J | | | | | 278.48 |
| Account No.<br><br>The Harbor House, LLC<br>Attn Maxwell Soper<br>163 Old Field Road<br>Fairfield, CT 06824 | | H | Lease of Office Space | | | | 0.00 |
| Account No.<br><br>Tom Rietano<br>13 Half Mile Road<br>Norwalk, CT 06851 | | J | | | | | 20,000.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    130,420.36

Total (Report on Summary of Schedules)    219,313.23

Form B6G
(10/05)

In re   **Sean P. Bowler,**   Case No. __07-31745 (ASD)__
**Maureen R. Bowler**

Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Audi Financial Services**<br>P.O. Box 17497<br>Baltimore, MD 21297-1497 | **Retail Instrument Purchase Contract** |
| **The Harbor House, LLC**<br>Attn Maxwell Soper<br>163 Old Field Road<br>Fairfield, CT 06824 | **Lease of office space** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# United States Bankruptcy Court
### District of Connecticut

In re    **Sean P. Bowler**
       **Maureen R. Bowler**                        Case No.    **07-31745 (ASD)**
                             Debtor(s)                        Chapter    **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __10__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 28, 2007**        Signature    **/s/ Sean P. Bowler**
                                        **Sean P. Bowler**
                                        Debtor

Date **September 28, 2007**        Signature    **/s/ Maureen R. Bowler**
                                        **Maureen R. Bowler**
                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.