Form 8
(10/05)

# United States Bankruptcy Court
## District of Connecticut

In re  Sean P. Bowler
       Maureen R. Bowler                                                Case No.  07-31745 (ASD)
                                   Debtor(s)                            Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2001 Audi station wagon; 94k miles | Audi Financial Services | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Lease of office space | The Harbor House, LLC | |

Date  September 28, 2007            Signature  /s/ Sean P. Bowler
                                               Sean P. Bowler
                                               Debtor

Date  September 28, 2007            Signature  /s/ Maureen R. Bowler
                                               Maureen R. Bowler
                                               Joint Debtor