UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

| | | |
|---|---|---|
| Sean P. Bowler and | , | : Chapter 7 |
| Maureen R. Bowler | | : |
| Debtors | | : Case No. 07-31745 (ASD) |

### AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am an attorney for the above mentioned debtor(s) and that compensation paid to me for services rendered or to be rendered on behalf of the debtors in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept as a bankruptcy retainer | $2,500 plus $299 filing fee* |
| Prior to the filing of this statement I have received | $2,500 plus $299 filing fee |
| Balance Due | $-0- |

2.  The source of compensation paid to me was:

    __x__ Debtor           ____ Other (specify)

3.  The source of compensation to be paid to me is:

    __x__ Debtor           ____ Other (specify)

4.  __x__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of names of the people sharing in the compensation, is attached.

5.  Subject to Paragraph d and in return for the above-disclosed fee, I have agreed to render most legal service for the debtors in this bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

    b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

    c) Representation of the debtor(s) at the meeting of creditors and any adjourned hearings thereof;

    d) Normal hourly rates and expenses will be charged under certain circumstances where extensive services are required or where actual fees and expenses billed at normal rates exceed retainer. Additionally, the retention agreement and appearances of counsel in this case is limited in scope and does not include various matters including but not limited to reaffirmation agreements, contested matters and adversary proceedings unless separate retainer and retention is agreed to in advance. If an agreement is reached, the Debtor will then be billed for counsel's hourly rates and expenses and counsel will file an appearance on behalf of the Debtor in such other matters as the parties agree to.

6.  By agreement with the debtor(s) the above disclosed retainer does not include fees and expenses billed at normal hourly rates which exceed retainer for this matter, including fees incurred in representation in adversary proceedings or contested matters under Rules 7001 and 9014 and Rule 2004 exams, inter alia, adversary proceedings or contested matters, negotiations with secured creditors to reduce liens to market value; audits if the debtor(s) is the subject of a random audit by the Office of the U.S. Trustee or other audit; exemption planning; motions to assume leases, preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other contested matters and adversary proceedings or if the debtor(s) is the subject of a random audit by the Office of the U.S. Trustee.

### CERTIFICATION

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  September 28, 2007            By:    /s/ Gregory B. Schiller
                                              Gregory B. Schiller (ct20606)
                                              ZEISLER & ZEISLER, P.C.
                                              Attorney for the Debtors

RRM/Form/2016b Statement Chapter 7.doc