# United States Bankruptcy Court
## District of Connecticut

| | | | |
|---|---|---|---|
| In re | Sean P. Bowler<br>Maureen R. Bowler | Case No. | 07-31745 (ASD) |
| | Debtor(s) | Chapter | 7 |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **September 28, 2007**     **/s/ Sean P. Bowler**
　　　　　　　　　　　　　　　　Sean P. Bowler
　　　　　　　　　　　　　　　　Signature of Debtor

Date: **September 28, 2007**     **/s/ Maureen R. Bowler**
　　　　　　　　　　　　　　　　Maureen R. Bowler
　　　　　　　　　　　　　　　　Signature of Debtor

American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express Blue
P.O. Box 1270
Newark, NJ 07101-1270


American Home Mortgage
538 Broadhollow Road
Melville, NY 11747


Audi Financial Services
P.O. Box 17497
Baltimore, MD 21297-1497


Capital One
P.O. Box 70884
Charlotte, NC 28272-0884


Collection Nationwide Credit
2015 Vaughn Rd. Suite 400
Kennesaw, GA 30144-7802


Collection United Recovery


Graphicom Printing


Home Depot Mastercard
P.O. Box 6926
The Lakes, NV 88901-6926


HSBC Beneficial
P.O. Box 17574
Baltimore, MD 21297-1574

MBNA Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


Nat'l Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405-0191


Newcourt Leasing
P.O. Box 550599
Jacksonville, FL 32255-0599


Roger Bowler
75 Sylan Road North
Westport, CT 06880


Space Age Printing


Tarantino Landscaping
P.O. Box 5160
Bridgeport, CT 06610


The Harbor House, LLC
Attn Maxwell Soper
163 Old Field Road
Fairfield, CT 06824


Tom Rietano
13 Half Mile Road
Norwalk, CT 06851