BELFORD AND BELFORD
ATTORNEYS AND COUNSELLORS AT LAW
9 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

RICHARD BELFORD

JACOB BELFORD (1920-1981)

AREA CODE 203
865-0867
FAX
203-865-0869

October 3, 2007

Clerk of the Bankruptcy Court
United States Bankruptcy Court
157 Church Street
18th Floor
New Haven, CT 06510

Re: Sean P. Bowler and Maureen R. Bowler,
    Case No. 07-31745 asd

Dear Folks:

This case was opened as a probable no asset case, and creditors were advised not to file proofs of claim. It now appears that there are assets, so I will ask that you set an appropriate Bar Date for creditors to file their claims and send out notice thereof.

Thank you for your attention.

Very truly yours,

Richard Belford
Trustee

RB/smk