Form 240A – Reaffirmation Agreement (Cont.)                                                                9

### PART E: MOTION FOR COURT APPROVAL
*[To be completed and filed only if the debtor is not represented by an attorney during the course of negotiating this agreement.]*

### MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

We, the Debtors, affirm the following to be true and correct:

We are not represented by an attorney in connection with this reaffirmation agreement.

We believe this reaffirmation agreement is in our best interest based on the income and expenses we have disclosed in our Statement of Support of this reaffirmation agreement, and because (provide any additional relevant reasons the court should consider): __The debtor-husband needs the subject automobile in order to commute to his place of employment.  Given the debtors' impaired credit, the debtors do not believe that they will be able to obtain another automobile.  The debtors' parents have agreed to assist the debtors to make payments if they are unable to do so.__
THEREFORE, we ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☒ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☒ 11 U.S.C. § 524(m)(presumption of undue hardship has arisen because monthly expenses exceed monthly income.)

Signed: _____
Sean P. Bowler

_____
Maureen R. Bowler

Date: 10/12/07 , 200__

6225-N-5500

Return to:
**Brice, Vander Linden & Wernick, P.C.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Form B240B – Order on Reaffirmation Agreement (1/07)

# United States Bankruptcy Court
### DISTRICT OF CONNECTICUT

In re:  Sean P. Bowler  
      Maureen R. Bowler

Case No.: 07-31745-ASD  
Chapter : 7

## ORDER ON REAFFIRMATION AGREEMENT

The Debtors Sean P. Bowler and Maureen R. Bowler have filed a motion for approval of the reaffirmation agreement dated October 15, 2007 made between the Debtors and the VW Credit, Inc.. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the Debtors and the creditor on _____.

Court Order:

- ☐ The court grants the Debtors motion under 11 U.S.C § 24(c)(6)(A) and approves the reaffirmation agreement described above as not imposing undue hardship on the Debtors or a dependent of the Debtors and as being in the best interest of the Debtors.
- ☐ The court grants the Debtors motion under 11 U.S.C. § 524 (k)(8) and approves the reaffirmation agreement described above.
- ☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).
- ☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).
- ☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____

Honorable Albert S. Dabrowski  
*United States Bankruptcy Judge*

6225-N-5500

1