UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| SEAN P. BOWLER and | : | Chapter 7 |
| MAUREEN R. BOWLER | : | |
| | : | Case No. 07-31745 (ASD) |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Gregory B. Schiller, Esq., hereby certify that on the 17th day of October, 2007, I served a copy of the *Notice of Hearing; Notice of Instruction Sheet; Motion for Court Approval of Reaffirmation Agreement; Reaffirmation Agreement and the proposed Order for same*, by first class postage prepaid mail upon the parties listed on "Exhibit A" attached hereof, and to the following:

Joe M. Lozano, Jr., Esq.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
*(Counsel for VW Credit, Inc.)*

Dated this 17th day of October, 2007, Bridgeport, Connecticut.

THE DEBTORS,

/s/ Gregory B. Schiller
Gregory B. Schiller (ct20606)
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
*Attorney for Debtors*

# EXHIBIT "A"

## SEAN BOWLER AND MAUREEN BOWLER
## CHAPTER 7, CASE NO. 07-31745
## SERVICE LIST

**Debtors:**

Sean P. Bowler and
Maureen Bowler
75 Red Barn Road
Monroe, CT 06468

**United States Trustee:**

Office of the U.S. Trustee
265 Church Street, Suite 1103
New Haven, Conn. 06510

**Chapter 7 Trustee**

Richard Belford, Esq.
Nine Trumbull Street
New Haven, CT 06511

**Parties Filing Request for Notice:**

Gilbert B. Weisman, Esq.
Becket & Lee
16 General Warren Blvd.
P.O. Box 3001
Malvern, PA 19355
*(Counsel for American Express Centurion Bank and eCast Settlement Corporation)*