UNITED STATES BANKRUPTCY COURT
DISTRICT IF CONNECTICUT

```
-----------------------------------------------------
                                        )
IN RE:                                  )     CHAPTER 7
                                        )
SEAN P. BOWLER and                      )
MAUREEN R. BOWLER,                      )     CASE NO. 07-31745 (ASD)
                                        )
              DEBTORS.                   )     RE: DOC. I.D. NOS.  30 & 31
-----------------------------------------------------
```

### ORDER APPROVING REAFFIRMATION AGREEMENT

A <u>Motion for Court Approval of Reaffirmation Agreement</u> (hereafter, the "Motion"),

Doc. I.D. No. 31, and a <u>Reaffirmation Agreement</u>  (hereafter, the "Agreement"), Doc. I.D.

No. 30,  having come before the Court for a hearing after due notice on November 14,

2007, at which the Debtors appeared; and

**WHEREAS** the Court having determined that (i) the Agreement represents a fully

informed and voluntary agreement, (ii) is in the best interest of the Debtors, (iii) does not

impose an undue hardship on the Debtors or any dependent of the Debtors, (iv) the Debtor

have rebutted any presumption of undue hardship to the satisfaction of the Court, and (v)

all additional applicable requirements Section 524 have been satisfied,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is **GRANTED** and

the Agreement is **APPROVED.**

Dated: November 20, 2007                              BY THE COURT



Albert S. Dabrowski
Chief United States Bankruptcy Judge