UNITED STATES BANKRUPTCY COURT
DISTRICT IF CONNECTICUT

|  |  |
|---|---|
| IN RE: | CHAPTER 7 |
| SEAN P. BOWLER and<br>MAUREEN R. BOWLER, | CASE NO. 07-31745 (ASD) |
| DEBTORS. | RE: DOC. I.D. NOS. 30 & 31 |

**ORDER APPROVING REAFFIRMATION AGREEMENT**

A <u>Motion for Court Approval of Reaffirmation Agreement</u> (hereafter, the "Motion"), Doc. I.D. No. 31, and a <u>Reaffirmation Agreement</u> (hereafter, the "Agreement"), Doc. I.D. No. 30, having come before the Court for a hearing after due notice on November 14, 2007, at which the Debtors appeared; and

**WHEREAS** the Court having determined that (i) the Agreement represents a fully informed and voluntary agreement, (ii) is in the best interest of the Debtors, (iii) does not impose an undue hardship on the Debtors or any dependent of the Debtors, (iv) the Debtor have rebutted any presumption of undue hardship to the satisfaction of the Court, and (v) all additional applicable requirements Section 524 have been satisfied,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Agreement is **APPROVED.**

Dated: November 20, 2007                                              BY THE COURT



Albert S. Dabrowski
Chief United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0205-3          User: kfox              Page 1 of 1            Date Rcvd: Nov 21, 2007
Case: 07-31745                Form ID: pdfdoc2        Total Served: 3

The following entities were served by first class mail on Nov 23, 2007.
db          +Maureen R. Bowler,    75 Red Barn Road,    Monroe, CT 06468-1639
db          +Sean P. Bowler,    75 Red Barn Road,    Monroe, CT 06468-1639
cr           VW Credit, Inc.,   Joe Lozano,   P.O. Box 829009,    Dallas, TX   75382-9009

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2007**          **Signature:** _Joseph Speetjens_