Certificate Number: 05781-CT-DE-002993702

Bankruptcy Case Number: 07-31745

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 7, 2007, at 3:09 o'clock PM PST, Sean Bowler completed a course on personal financial management given by internet by American Debtor Educators On-Line, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: December 7, 2007

By /s/Allison M Geving

Name Allison M Geving

Title President

Certificate Number: 05781-CT-DE-002993703

Bankruptcy Case Number: 07-31745

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 7, 2007, at 3:09 o'clock PM PST,

Maureen Bowler completed a course on personal financial management given by internet by

American Debtor Educators On-Line,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: December 7, 2007

By /s/Allison M Geving

Name Allison M Geving

Title President