## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF CONNECTICUT

---------------------------------------------------------

IN RE:
SEAN P. BOWLER and
MAUREEN R. BOWLER

          DEBTORS

  :

  :    CASE NO. 07-31745 ASD

  :

  :    CHAPTER 7

  :

  :

---------------------------------------------------------

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

TO:    HONORABLE ALBERT S. DABROWSKI
        CHIEF UNITED STATES BANKRUPTCY JUDGE:

Richard Belford, in the County of New Haven, State of Connecticut, Trustee of the estate of the above-named debtor, for his Final Report and Application for Compensation, respectfully reports and represents:

1.        The Petition commencing this case was filed on July 31, 2007. An order for relief under Chapter 7 was entered on July 31, 2007. The undersigned was appointed Trustee on July 31, 2007. The Section 341(a) meeting was held on September 28, 2007. The debtor's discharge was entered on December 11, 2007. The bar date for filing unsecured claims expired on January 2, 2008. The bar date for filing administrative claims is non-applicable in this case.

2.        I certify that I have concluded the administration of this estate and have performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of pursuant to orders of the Court, or are sought to be abandoned by me; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved. I certify that this estate is ready to be closed.

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

3.         The total receipts and disbursements made by the trustee are as follows:

| | | |
|---|---|---|
| Receipts | $ | 3,000.00 |
| Plus Interest Earned | $ | 4.52 |
| Total Receipts | $ | 3,004.52 |
| Minus Disbursements | $ | 0.00 |
| Balance on Hand | $ | 3,004.52 |

I will continue to maintain all funds currently on hand for this estate in an interest bearing account at JPMORGAN CHASE BANK, N.A. until such time as I receive a date for the final hearing on fees.

4.         The current court docket is included as Exhibit A.

5.         The disposition of estate property, including all assets either administered or abandoned, is set forth in Exhibit B, the Individual Estate Property Record and Report (Form 1). All property reported in the schedules, which has not been administered or abandoned by me, shall be deemed abandoned in accordance with the Bankruptcy Code, upon the closing of the case.

6.         Included, as Exhibit C, is the Cash Receipts and Disbursements Record (Form 2) for this estate. All Court orders authorizing interim disbursements, settlements, sales of assets, and closing statements for real estate sales are provided as part of Exhibit C.

7.         As Exhibit D to this Final Report, I have submitted to the United States Trustee all original estate bank statements, arranged in monthly chronological order from the initial banking transaction through the present, as well as all original canceled checks, deposit slips, and advices of bank charges or credits received to date. Exhibit D will be retained by the United States Trustee.

8.        All required tax returns, if applicable, have been filed and all taxes incurred by the estate have been paid or will be paid from assets of the estate.

9.        All claims filed in this case of a class which will receive a distribution have been reviewed and all appropriate objections have been filed and determined by the Court.  Included as Exhibit E are the current annotated claims register and all relevant court orders, reflecting the disposition of all claims.

10.       I have examined payments made to the attorney for the debtor(s), including pre-petition retainers, for services rendered or to be rendered in connection with the bankruptcy proceeding.  No payment has been disclosed, except the sum of $2,500.00 to Zeisler & Zeisler, P.C .  I consider this amount reasonable.

11.       I have requested $751.13 as trustee fees and $20.00 as expenses.  Submitted with this Final Report, as Exhibit F, is the Trustee's Application and Order for Compensation and Expenses.

12.       I have submitted, as Exhibit H hereto, the Proposed Dividend Distribution Report.

13.       I have submitted, as Exhibit I hereto, the Notice of Hearing On Applications For Compensation and Expenses And Trustee's Final Report.

      WHEREFORE, I certify under penalty of perjury that the above statements are true and correct and, pursuant to FRBP 5009, this estate has been fully administered; I request that the Court award

final compensation and reimbursement of expenses and such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Date: January 23, 2008

Richard Belford, Trustee
9 Trumbull Street
New Haven, CT 06511
Telephone Number: (203) 865-0867
Bar Number: CT15490
richardbelford@earthlink.net

4