## INDEX OF REQUIRED EXHIBITS TO BE FILED WITH FINAL REPORT

EXHIBIT A -    Court Docket as of the date of the Final Report

EXHIBIT B -    The Individual Estate Property Record and Report (Form 1)

EXHIBIT C -    The Cash Receipts and Disbursements Record (Form 2). Included with the exhibit are all court orders allowing interim disbursements, court orders allowing the sale of assets and closing statements for real estate sales

EXHIBIT D -    All original bank statements and original canceled checks, deposit slips, and advices of bank charges or credits received to date (To be retained by the United States Trustee)

EXHIBIT E -    Current annotated Court Claims Register and relevant court orders and letters verifying tax claims

EXHIBIT F -        1.    Trustee's Application and Order for Compensation and Expenses (supporting documentation provided for expense requests exceeding $20.00)

                   2.    Copies of any previously entered court orders allowing compensation and expenses

EXHIBIT G -        1.    Professional's Application and Order for Fees and Expenses (supporting documentation provided for all requested expenses)

                   2.    Copies of any previously entered court orders allowing compensation and expenses

EXHIBIT H -    The Proposed Dividend Distribution Report

EXHIBIT I -    The Notice of Hearing on Applications For Compensation and Expenses and Trustee's Final Report

Case Name:    SEAN P. BOWLER AND
              MAUREEN R. BOWLER,
Case Number:  07-31745

## EXHIBIT A

## COURT DOCKET

Go to PACER for Court Docket

Case Name:    SEAN P. BOWLER AND
              MAUREEN R. BOWLER,
Case Number: 07-31745

## EXHIBIT B

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## (FORM 1)

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** | 07-31745 ASD |
| **Case Name:** | SEAN P. BOWLER |
| | MAUREEN R. BOWLER |
| **Period Ending:** | 01/23/08 |

| | |
|---|---|
| **Trustee:** | (270030)   Richard Belford |
| **Filed (f) or Converted (c):** | 07/31/07 (f) |
| **§341(a) Meeting Date:** | 08/31/07 |
| **Claims Bar Date:** | 01/02/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 75 Red Barn Road, Monroe, CT | 765,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wachovia Checking account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture, computer and electronics | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books/CD's | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding rings | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sports/photo equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Graphicom Print Nexus, LLC (defunct) (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Audi station wagon | 10,265.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Enclosed trailer | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Office equipment supplies | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Machines, business fixtures | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Preferential payment to Roger Bowler (u)<br>75 Sylvan Road North, Westport, CT 06880 on<br>7/15/2007 (15 days prior to the filing of the Bankruptcy<br>Petition) | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 15 | INTEREST (u) | Unknown | N/A | | 4.52 | Unknown |
| | **Assets   Totals** (Excluding unknown values) | **$792,015.00** | **$3,000.00** | | **$3,004.52** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 07-31745 ASD |
| --- | --- |
| Case Name: | SEAN P. BOWLER |
| | MAUREEN R. BOWLER |
| Period Ending: | 01/23/08 |

| Trustee: | (270030)   Richard Belford |
| --- | --- |
| Filed (f) or Converted (c): | 07/31/07 (f) |
| §341(a) Meeting Date: | 08/31/07 |
| Claims Bar Date: | 01/02/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

### Major Activities Affecting Case Closing:

10/3/2007 - I filed a Report of Assets with the Court requesting a bar date for filing proofs of claim to be assigned.  I will review proofs of claim after that date with a view toward filing my Final Report.  Bar date is January 3, 2008 for filing proofs of claim.

1/3/2008 - Reviewed proofs of claim.

1/23/2008 - File Final Report.

Initial Projected Date Of Final Report (TFR):                                    Current Projected Date Of Final Report (TFR):   January 23, 2008  (Actual)

Case Name:   SEAN P. BOWLER AND
             MAUREEN R. BOWLER,
Case Number: 07-31745

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS RECORD

### (FORM 2)

Attachments:

- Court Orders allowing interim disbursements

- Court Orders allowing the sale of assets

- Closing statements for real estate sales

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-31745 ASD
**Case Name:** SEAN P. BOWLER
MAUREEN R. BOWLER
**Taxpayer ID #:** 13-7578542
**Period Ending:** 01/18/08

**Trustee:** Richard Belford (270030)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****76-65 - Money Market Account
**Blanket Bond:** $33,620,670.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/07 | {14} | Roger B. Bowler | Payment in full for preferential payment received from the debtors 15 days prior to filing their Petition | 1241-000 | 3,000.00 | | 3,000.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.44 | | 3,001.44 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.56 | | 3,003.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.52 | | 3,004.52 |
| | | | **ACCOUNT TOTALS** | | 3,004.52 | 0.00 | $3,004.52 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,004.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,004.52** | **$0.00** | |

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-31745 ASD | Trustee: | Richard Belford (270030) |
|---|---|---|---|
| Case Name: | SEAN P. BOWLER | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAUREEN R. BOWLER | Account: | ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 13-7578542 | Blanket Bond: | $33,620,670.00  (per case limit) |
| Period Ending: | 01/18/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****76-65 | 3,004.52 | 0.00 | 3,004.52 |
| Checking # ***-*****76-66 | 0.00 | 0.00 | 0.00 |
| | $3,004.52 | $0.00 | $3,004.52 |

{} Asset reference(s)

Case Name:   SEAN P. BOWLER AND
                 MAUREEN R. BOWLER,

Case Number: 07-31745

## EXHIBIT D

All original bank statements, canceled checks, deposit slips, and advices of bank charges or bank credits are retained by the Office of the United States Trustee.

Case Name:   SEAN P. BOWLER AND
MAUREEN R. BOWLER,
Case Number: 07-31745

## EXHIBIT E

## CLAIMS REGISTER

Attachments:

- Relevant court orders pertaining to claims

- Letters verifying tax claims

# District of Connecticut
# Claims Register

## 07-31745 Sean P. Bowler and Maureen R. Bowler

**Chief Judge:** Albert S. Dabrowski     **Chapter:** 7

**Office:** New Haven                    **Last Date to file claims:** 01/02/2008

**Trustee:** Richard Belford              **Last Date to file (Govt):**

| Creditor: (6610310) FIA Card Services, N.A. as successor to Bank of America and MBNA America Bank, N.A. Attn: Mr. BK 1000 Samoset Dr. DE5-023-03-03 Newark, DE 19713 | Claim No: 1 Filed: 08/20/2007 Entered: 08/21/2007 | Status: Filed by: CR Entered by: Fox, Keith Modified: |
|---|---|---|

Unsecured claimed: $27310.02

**Total      claimed: $27310.02**

History:

○ 1-1    08/20/2007 Claim #1 filed by FIA Card Services, N.A. as successor to Bank , total amount claimed: $27310.02
            (Fox, Keith)

Description: *General unsecured.*

Remarks: *O. K.*

| Creditor: (6640522) American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim No: 2 Filed: 10/30/2007 Entered: 10/30/2007 | Status: Filed by: CR Entered by: Lee, Thomas Modified: |
|---|---|---|

Unsecured claimed: $20715.76

**Total      claimed: $20715.76**

History:

○ 2-1    10/30/2007 Claim #2 filed by American Express Centurion Bank , total amount claimed: $20715.76 (Lee,
            Thomas)

Description: *General unsecured*

Remarks: *O. K.*

| Creditor: (6640522) American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim No: 3 Filed: 10/30/2007 Entered: 10/30/2007 | Status: Filed by: CR Entered by: Lee, Thomas Modified: |
|---|---|---|

Unsecured claimed: $150.00

**Total      claimed: $150.00**

History:

○ 3-1    10/30/2007 Claim #3 filed by American Express Centurion Bank , total amount claimed: $150 (Lee, Thomas)

| Description: | General unsecured |
|---|---|
| Remarks: | O.K. |

| Creditor: (6672874)<br>LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim No: 4<br>Filed: 12/03/2007<br>Entered: 12/03/2007 | Status:<br>Filed by: CR<br>Entered by: Gaines, Susan<br>Modified: |
|---|---|---|

Unsecured claimed: $11357.55

**Total claimed: $11357.55**

History:
🔾 4-1    12/03/2007 Claim #4 filed by LVNV Funding LLC its successors and assigns as , total amount claimed:
$11357.55 (Gaines, Susan)

| Description: | General unsecured |
|---|---|
| Remarks: | O.K. |

| Creditor: (6683549)<br>Household Finance Corporation/Beneficial<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Claim No: 5<br>Filed: 12/31/2007<br>Entered: 12/31/2007 | Status:<br>Filed by: CR<br>Entered by: Lee, Thomas<br>Modified: |
|---|---|---|

Unsecured claimed: $3103.10

**Total claimed: $3103.10**

History:
🔾 5-1    12/31/2007 Claim #5 filed by Household Finance Corporation/Beneficial , total amount claimed: $3103.1 (Lee,
Thomas)

| Description: | General unsecured. |
|---|---|
| Remarks: | O.K. |

## Claims Register Summary

**Case Name:** Sean P. Bowler and Maureen R. Bowler
**Case Number:** 07-31745
**Chapter:** 7
**Date Filed:** 07/31/2007
**Total Number Of Claims:** 5

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $62636.43 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |

| Total | $62636.43 | $0.00 |

### PACER Service Center
#### Transaction Receipt

01/03/2008 13:32:25

| PACER Login: | rb0204 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 07-31745 Filed or Entered From: 1/1/2002 Filed or Entered To: 1/3/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |