EXHIBIT F

------------------------------------------------
IN RE:                                  :
SEAN P. BOWLER and                      :    CASE NO. 07-31745 ASD
MAUREEN R. BOWLER                       :
                                        :    CHAPTER 7
                                        :
          DEBTORS                       :
------------------------------------------------

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Richard Belford, Trustee herein, pursuant to 11 U.S.C. §330, requests $751.13 as compensation and $20.00 for reimbursement of expenses. No payments have been previously paid. I have provided, as annexed hereto, trustee time records.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor but including holders of secured claims, are $3,004.52. Pursuant to 11 U.S.C. §330 as modified by 11 U.S.C. §326, compensation should be computed in the following manner:

Trustee Compensation for cases filed on or after October 22, 1994

    25% of $3,004.52                                           $_____751.13
    ($1,250.00 max.)

    TOTAL COMPENSATION                                         $_____751.13

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Court Fees | $ | 0.00 |
| (Attach Bankruptcy Court's accounting of fees) | | |
| Copies | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Long Distance Facsimile | $ | |
| Miscellaneous Office Expense | $ | 20.00 |
| Other (Specify) | $ | |
| TOTAL EXPENSES | $ | 20.00 |

Pursuant to FRBP 2016, the undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 23rd day of January, 2008.

_Richard Belford_
Richard Belford, Trustee
9 Trumbull Street
New Haven, CT  06511
Telephone Number:  (203) 865-0867
#CT15490
richardbelford@earthlink.net

2

Sean P. Bowler and Maureen R. Bowler,
Case No. 07-31745

## Time Sheet of Richard Belford, Trustee

| Date | Description | Time (hrs.) |
|---|---|---|
| 8/20/07 | Examination of Petition, schedules and related instruments | 0.4 hr. |
| 8/20/07 | Letter to Gregory B. Schiller, attorney for the debtors, concerning legal fee | 0.3 hr. |
| 8/20/07 | Letter to Gregory B. Schiller, attorney for the debtors, concerning preferential transfer, and other missing documentation | 0.3 hr. |
| 9/28/07 | Section 341 Meeting held | 0.4 hr. |
| 10/3/07 | Letter to Clerk of the Bankruptcy Court | 0.2 hr. |
| 1/3/08 | Examination of proofs of claim | 0.5 hr. |
| 1/23/07 | Preparation and drafting of Trustee's Final Report and Application for Compensation | 2.5 hr. |
| | Anticipated time for hearing in Bankruptcy Court (Final Report) | 0.7 hr. |
| | Anticipated preparation of Final Dividend Distribution Report | 0.4 hr. |
| | Anticipated time to issue distribution checks | 0.5 hr. |
| | Anticipated time for preparation of Final Account, Certification that the Estate Has Been Fully Administered and Application for Discharge | 0.5 hr. |
| | Total | 6.7 hr. |

BELFORD AND BELFORD – ATTORNEYS AT LAW
9 TRUMBULL STREET – NEW HAVEN, CONN. 06511 – JURIS NO. 02962
(203) 865-0867 – FAX (203) 865-0869

Case Name: <u>SEAN P. BOWLER AND</u>
<u>MAUREEN R. BOWLER,</u>
Case Number: <u>07-31745</u>

# EXHIBIT G

## PROFESSIONAL FEES AND EXPENSES

There are no applications for compensation and reimbursement of expenses for all professionals.

The total trustee's commission and expenses total 25.67% of the gross estate.

[Copies of all retention orders and interim compensation orders must be annexed to this Exhibit.]

Case Name: SEAN P. BOWLER AND MAUREEN R. BOWLER,
Case Number: 07-31745

# EXHIBIT H

## PROPOSED DIVIDEND DISTRIBUTION REPORT

I, Richard Belford, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have, consistent with the proposed distribution, been reviewed, and all orders of Court have been examined, and state that, based on the review, I propose to make the following distribution:

**SUMMARY OF DISTRIBUTION:**

| | | |
|---|---|---|
| Secured Claims and Exemption to Debtor | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 771.13 |
| Previous Chapter (11, 12, or 13) Administrative Expenses: | $ | 0.00 |
| Priority Claims: | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| General Unsecured Claims: | $ | 2,233.39 |
| Other: | $ | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ | 3,004.52 |

A.                         SECURED CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ |

B.                   CHAPTER 7 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| Trustee Fees | Richard Belford | $ 751.13 | $ 751.13 |
| Trustee Expenses | Richard Belford | $ 20.00 | $ 20.00 |
| TOTAL CHAPTER 7 ADMIN. CLAIMS | | $ 771.13 | $ 771.13 |

C.                   CHAPTER 11 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL D.I.P. CLAIMS | | $ | $ |

D.                   OTHER SECTION 726(a)(1) CLAIMS:

a. SECTION 507(a)(1)(B) CLAIMS:

    Domestic Support Obligations

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

b. SECTION 507(a)(2) CLAIMS:

    Post-involuntary petition

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

c. SECTION 507(a)(3) CLAIMS:

    (Include separate worksheet calculating withholding, FICA, FUTA and State Taxes due)

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

d. SECTION 507(a)(4) CLAIMS:

    Contributions to Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

e.  SECTION 507(a)(5) CLAIMS:

    Fisherman & Farmer Claims

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

f.  SECTION 507(a)(6) CLAIMS:

    Deposits for Undelivered Services

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

g.  SECTION 507(a)(7) CLAIMS:

    Debts to a Spouse, Former Spouse or Child

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

h.  SECTION 724(b) CLAIMS:

    Secured Tax Liens

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

i.  SECTION 507(a)(8) CLAIMS:

    Taxes

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

j.  SECTION 507(a)(9) CLAIMS:

    Insured Depository Institutions

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

k.  SECTION 507(a)(10) CLAIMS:

    Death and Personal Injury

CLAIM NUMBER    CREDITOR    AMOUNT ALLOWED    PROPOSED PAYMENT

3

TOTAL PRIORITY CLAIMS                                                             $              $

E.                                      SECTION 726(a)(2) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | FIA Card Services, N.A. as successor to Bank | $ 27,310.02 | $ 973.78 |
| 2 | American Express Centurion Bank | $ 20,715.76 | $ 738.65 |
| 3 | American Express Centurion Bank | $ 150.00 | $ 5.35 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 11,357.55 | $ 404.97 |
| 5 | Household Finance Corporation/Beneficial | $ 3,103.10 | $ 110.64 |
| TOTAL TIMELY FILED UNSECURED CLAIMS | | $ 62,636.43 | $ 2,233.39 Dividend of 3.56564% |

F.                                      SECTION 726(a)(3) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL UNTIMELY FILED UNSECURED CLAIMS | | $ | $ |

G.                                      SECTION 726(a)(4) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL FINES, PENALTIES, ETC. | | $ | $ |

H.                                      SECTION 726(a)(5) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL INTEREST ON ALLOWED CLAIMS | | $ | $ |

I.                                      SECTION 726(a)(6) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL REFUND TO DEBTOR | | $ | $ |

The following claims are not included in the distribution because they have been disallowed by court order, have been withdrawn by the claimant or have been superseded by the filing of a subsequent claim:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN SUPERSEDED |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 23, 2008

*[signature]*
Richard Belford, TRUSTEE
9 Trumbull Street
New Haven, CT 06511
(203)865-0867
#CT15490
richardbelford@earthlink.net

5

Case Name: SEAN P. BOWLER AND MAUREEN R. BOWLER,
Case Number: 07-31745

# EXHIBIT I

Notice of Hearing on Applications For Compensation and Expenses and Trustee's Final Report

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT

IN RE:
SEAN P. BOWLER and
MAUREEN R. BOWLER

CASE NO. 07-31745 ASD

CHAPTER 7

DEBTORS

## NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND EXPENSES AND TRUSTEE'S FINAL REPORT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2002(f)(8), the Trustee's Final Report and final applications for allowance of administrative fees and expenses, not previously allowed, have been filed with the Clerk of the Court as follows:

| Applicant/Expense | Fees | Expenses |
|---|---|---|
| Trustee (Richard Belford) | $ 751.13 | $ 20.00 |

Trustee's Final Report Shows:

| | | |
|---|---|---|
| Receipts of | $ | 3,004.52 |
| Disbursements of | $ | 0.00 |
| Balance on Hand | $ | 3,004.52 |

The Trustee's Final Report, including a Proposed Dividend Distribution Report, and all applications for allowance of compensation and expenses are available for review at the Office of Clerk, U.S. Bankruptcy Court, at the address set below during the hours of 9:00 A.M. and 4:00 P.M.

NOTICE IS FURTHER GIVEN that a hearing on the applications for allowance of compensation and expenses and any objections to said applications and to the Trustee's Final Report will be held at the U.S. Bankruptcy Court, 157 Church Street, 18th Floor, New Haven, Connecticut 06510 on_____ at _____ o'clock a.m.

Attendance by creditors is welcome, but not required. The United States Trustee has filed a response to all applications for allowance of compensation and expenses. If you would like a copy, please contact the U.S. Trustee at (203) 773-2210. On or before 5 (five) days before the hearing, any objections, set forth in writing and

1

stating the grounds therefor, should be filed with the Clerk, U.S. Bankruptcy Court (see address above) and served upon the affected parties, including:

| | | |
|---|---|---|
| United States Trustee<br>One Century Tower<br>150 Court Street, Room 302<br>New Haven, CT 06510-7016 | and | Richard Belford<br>9 Trumbull Street<br>New Haven, CT 06511 |

Claims of general unsecured creditors totaling $62,636.43 have been allowed and will be paid, pro rata, only after all allowed administrative and priority claims have been paid in full. The proposed general unsecured dividend is 3.56564%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

Upon the entry of orders resolving the applications for administrative fees and expenses, the Trustee will submit a Final Dividend Distribution Report, which will set out the claims and amounts to be paid from the estate. After review by the United States Trustee, the Final Dividend Distribution Report will be filed with the Clerk of the Bankruptcy Court. The Trustee may pay dividends as set forth in the Final Dividend Distribution Report pursuant to FRBP 3009, without further order of the Court.

BY THE COURT

Dated: _____    By: _____
CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT

By: _____
Deputy Clerk