UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT

IN RE:
SEAN P. BOWLER and
MAUREEN R. BOWLER,

CASE NO. 07-31745 ASD

CHAPTER 7

DEBTORS

ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE

The Trustee's Final Report and Application for Compensation having been filed and after notice and a hearing; it is hereby

ORDERED that the Trustee's commission in the amount of $751.13 plus reimbursement of expenses in the amount of $20.00 be allowed, with payment to be made at the time of the distribution to creditors.