UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT

IN RE:
SEAN P. BOWLER and
MAUREEN R. BOWLER

CASE NO. 07-31745 ASD

CHAPTER 7

DEBTORS

## NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND EXPENSES AND TRUSTEE'S FINAL REPORT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2002(f)(8), the Trustee's Final Report and final applications for allowance of administrative fees and expenses, not previously allowed, have been filed with the Clerk of the Court as follows:

| Applicant/Expense | Fees | Expenses |
|---|---|---|
| Trustee (Richard Belford) | $ 751.13 | $ 20.00 |

Trustee's Final Report Shows:

| | | |
|---|---|---|
| Receipts of | $ | 3,004.52 |
| Disbursements of | $ | 0.00 |
| Balance on Hand | $ | 3,004.52 |

The Trustee's Final Report, including a Proposed Dividend Distribution Report, and all applications for allowance of compensation and expenses are available for review at the Office of Clerk, U.S. Bankruptcy Court, at the address set below during the hours of 9:00 A.M. and 4:00 P.M.

NOTICE IS FURTHER GIVEN that a hearing on the applications for allowance of compensation and expenses and any objections to said applications and to the Trustee's Final Report will be held at the U.S. Bankruptcy Court, 157 Church Street, 18th Floor, New Haven, Connecticut 06510 on **May 14, 2008** at **10** o'clock a.m.

Attendance by creditors is welcome, but not required. The United States Trustee has filed a response to all applications for allowance of compensation and expenses. If you would like a copy, please contact the U.S. Trustee at (203) 773-2210. On or before 5 (five) days before the hearing, any objections, set forth in writing and

1

stating the grounds therefor, should be filed with the Clerk, U.S. Bankruptcy Court (see address above) and served upon the affected parties, including:

United States Trustee
One Century Tower
150 Court Street, Room 302
New Haven, CT 06510-7016

and

Richard Belford
9 Trumbull Street
New Haven, CT 06511

Claims of general unsecured creditors totaling $62,636.43 have been allowed and will be paid, pro rata, only after all allowed administrative and priority claims have been paid in full. The proposed general unsecured dividend is 3.56564%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

**Upon the entry of orders resolving the applications for administrative fees and expenses, the Trustee will submit a Final Dividend Distribution Report, which will set out the claims and amounts to be paid from the estate. After review by the United States Trustee, the Final Dividend Distribution Report will be filed with the Clerk of the Bankruptcy Court. The Trustee may pay dividends as set forth in the Final Dividend Distribution Report pursuant to FRBP 3009, without further order of the Court.**

BY THE COURT

Dated: 4-17-08

By: *Deborah S. Hunt*
CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT

By: *Karen M. VanKrunnpf*
Deputy Clerk