UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT

IN RE:
SEAN P. BOWLER and
MAUREEN R. BOWLER

CASE NO. 07-31745 ASD

CHAPTER 7

DEBTORS

## NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND EXPENSES AND TRUSTEE'S FINAL REPORT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2002(f)(8), the Trustee's Final Report and final applications for allowance of administrative fees and expenses, not previously allowed, have been filed with the Clerk of the Court as follows:

| Applicant/Expense | Fees | Expenses |
|---|---|---|
| Trustee (Richard Belford) | $ 751.13 | $ 20.00 |

Trustee's Final Report Shows:

| | |
|---|---|
| Receipts of | $ 3,004.52 |
| Disbursements of | $ 0.00 |
| Balance on Hand | $ 3,004.52 |

The Trustee's Final Report, including a Proposed Dividend Distribution Report, and all applications for allowance of compensation and expenses are available for review at the Office of Clerk, U.S. Bankruptcy Court, at the address set below during the hours of 9:00 A.M. and 4:00 P.M.

NOTICE IS FURTHER GIVEN that a hearing on the applications for allowance of compensation and expenses and any objections to said applications and to the Trustee's Final Report will be held at the U.S. Bankruptcy Court, 157 Church Street, 18th Floor, New Haven, Connecticut 06510 on _May 14, 2008_ at __10__ o'clock a.m.

Attendance by creditors is welcome, but not required. The United States Trustee has filed a response to all applications for allowance of compensation and expenses. If you would like a copy, please contact the U.S. Trustee at (203) 773-2210. On or before 5 (five) days before the hearing, any objections, set forth in writing and

stating the grounds therefor, should be filed with the Clerk, U.S. Bankruptcy Court (see address above) and served upon the affected parties, including:

| | | |
|---|---|---|
| United States Trustee | and | Richard Belford |
| One Century Tower | | 9 Trumbull Street |
| 150 Court Street, Room 302 | | New Haven, CT 06511 |
| New Haven, CT 06510-7016 | | |

Claims of general unsecured creditors totaling $62,636.43 have been allowed and will be paid, pro rata, only after all allowed administrative and priority claims have been paid in full. The proposed general unsecured dividend is 3.56564%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

**Upon the entry of orders resolving the applications for administrative fees and expenses, the Trustee will submit a Final Dividend Distribution Report, which will set out the claims and amounts to be paid from the estate. After review by the United States Trustee, the Final Dividend Distribution Report will be filed with the Clerk of the Bankruptcy Court. The Trustee may pay dividends as set forth in the Final Dividend Distribution Report pursuant to FRBP 3009, without further order of the Court.**

BY THE COURT

Dated: 4-17-08

By: Deborah S. Hunt
CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT

By: Karen M. VanKmmgr
Deputy Clerk

2

```
BAE SYSTEMS            745  Doc 48   Filed 04/19/08   Entered 04/20/08 00:49:06   Desc Imaged
Bankruptcy Noticing Center              Certificate of Service    Page 3 of 3
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0205-3           User: vankruini             Page 1 of 1           Date Rcvd: Apr 17, 2008
Case: 07-31745                 Form ID: pdfdoc1            Total Served: 23

The following entities were served by first class mail on Apr 19, 2008.
db          +Maureen R. Bowler,   75 Red Barn Road,    Monroe, CT 06468-1639
db          +Sean P. Bowler,   75 Red Barn Road,    Monroe, CT 06468-1639
cr           VW Credit, Inc.,   Joe Lozano,   P.O. Box 829009,   Dallas, TX  75382-9009
cr          +eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
6602321      American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
6602322      American Express Blue,   P.O. Box 1270,   Newark, NJ 07101-1270
6640522      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
6602323     +American Home Mortgage,   538 Broadhollow Road,   Melville, NY 11747-2352
6602325      Capital One,   P.O. Box 70884,   Charlotte, NC 28272-0884
6602326      Collection Nationwide Credit,   2015 Vaughn Rd. Suite 400,   Kennesaw, GA 30144-7802
6610310      FIA Card Services, N.A. as successor to Bank,   of America and MBNA America Bank, N.A.,
              Attn: Mr. BK,   1000 Samoset Dr.,   DE5-023-03-03,   Newark, DE  19713
6602330      HSBC Beneficial,   P.O. Box 17574,   Baltimore, MD 21297-1574
6602329      Home Depot Mastercard,   P.O. Box 6926,   The Lakes, NV 88901-6926
6683549      Household Finance Corporation/Beneficial,   by eCAST Settlement Corporation,   as its agent,
              POB 35480,   Newark NJ 07193-5480
6602331      MBNA Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
6602332      Nat'l Arbitration Forum,   P.O. Box 50191,   Minneapolis, MN 55405-0191
6602333      Newcourt Leasing,   P.O. Box 550599,   Jacksonville, FL 32255-0599
6602334     +Roger Bowler,   75 Sylan Road North,   Westport, CT 06880-2951
6602336     +Tarantino Landscaping,   P.O. Box 5160,   Bridgeport, CT 06610-0160
6627613     +The Harbor House, LLC,   Attn: MaxWell Soper,   163 Old Field Road,   Fairfield, CT 06824-6687
6602337     +Tom Rietano,   13 Half Mile Road,   Norwalk, CT 06851-1207

The following entities were served by electronic transmission on Apr 17, 2008.
6602324      E-mail/PDF: vci.bkcy@vwcredit.com Apr 17 2008 18:47:22     Audi Financial Services,
              P.O. Box 17497,   Baltimore, MD 21297-1497
6672874      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6602327      Collection United Recovery
6602328      Graphicom Printing
6602335      Space Age Printing
cr*          American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2008**                **Signature:** *Joseph Speetjens* (signed)