**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT**
New Haven Division

| | |
|---|---|
| IN RE: : | |
| SEAN P. BOWLER and : | CASE NO. 07-31745 ASD |
| MAUREEN R. BOWLER, : | |
| : | CHAPTER 7 |
| : | |
| DEBTORS : | Re: Doc. I.D. No. 45 |

## ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE

The Trustee's Final Report and Application for Compensation having been filed and after notice and a hearing; it is hereby

ORDERED that the Trustee's commission in the amount of $751.13 plus reimbursement of expenses in the amount of $20.00 be allowed, with payment to be made at the time of the distribution to creditors.

Dated: May 15, 2008                                        BY THE COURT

                                                Albert S. Dabrowski
                                                Chief United States Bankruptcy Judge

U.S.T.'s statement of no objection Doc. I.D. No. 47