UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:
SEAN P. BOWLER and
MAUREEN R. BOWLER,

Debtors

Case No. 07-31745 ASD

(CHAPTER 7)

FINAL DIVIDEND DISTRIBUTION REPORT

At the hearing before the Bankruptcy Court held on the 14th day of May, 2008 the Bankruptcy Court reviewed and considered the Trustee's request for commissions and requests for compensation. The Trustee's Final Report reflects gross receipts in the amount of $3,004.52, administrative disbursements, including payments to secured creditors, if any, in the amount of $0.00, leaving a balance on hand of $3,004.52. Subsequent to the filing of the Final Report, additional interest has been earned in the sum of $3.10 and an additional disbursement was made for Trustee's bond premium in the amount of $2.92, leaving a balance on hand of $3,004.70.

The Trustee has certified that the claims have been examined and recommends that claims be paid pursuant to the distributive provisions of Title 11, United States Code. The United States Trustee for the District of Connecticut has reviewed the Trustee's Final Report and Supplemental Report, if applicable, and, based on the foregoing, the Trustee proposes to disburse the balance on hand as follows:

A. **SECURED CLAIMS:**

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ |

B. **CHAPTER 7 ADMINISTRATIVE CLAIMS:**

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| Trustee Fees | Richard Belford | $ 751.13 | $ 751.13 |
| Trustee Expenses | Richard Belford | $ 20.00 | $ 20.00 |
| Other expenses | Belford and Belford - bond premium reimbursement - $2.92 previously paid | $ 2.92 | $ 0.00 |
| TOTAL CHAPTER 7 ADMIN. CLAIMS | | $ 774.05 | $ 771.13 |

C. **CHAPTER 11 ADMINISTRATIVE CLAIMS:**

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL D.I.P. CLAIMS | | $ | $ |

D. **OTHER SECTION 726(a)(1) CLAIMS:**

a. SECTION 507(a)(2) CLAIMS:

Post-involuntary petition

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

b. SECTION 507(a)(3) CLAIMS:

   (Include separate worksheet calculating withholding, FICA, FUTA and State Taxes due)

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

c. SECTION 507(a)(4) CLAIMS:

   Contributions to Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

d. SECTION 507(a)(5) CLAIMS:

   Fisherman & Farmer Claims

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

e. SECTION 507(a)(6) CLAIMS:

   Deposits for Undelivered Services

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

f. SECTION 507(a)(7) CLAIMS:

   Debts to a Spouse, Former Spouse or Child

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

g.  SECTION 724(b) CLAIMS:

    Secured Tax Liens

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

h.  SECTION 507(a)(8) CLAIMS:

    Taxes

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

i.  SECTION 507(a)(9) CLAIMS:

    Insured Depository Institutions

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

TOTAL PRIORITY CLAIMS                                      $                 $

E.                           SECTION 726(a)(2) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | FIA Card Services, N.A. as successor to Bank | $ 27,310.02 | $ 973.86 |
| 2 | American Express Centurion Bank | $ 20,715.76 | $ 738.71 |
| 3 | American Express Centurion Bank | $ 150.00 | $ 5.35 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 11,357.55 | $ 405.00 |
| 5 | Household Finance Corporation/Beneficial | $ 3,103.10 | $ 110.65 |
| TOTAL TIMELY FILED UNSECURED CLAIMS | | $ 62,636.43 | $ 2,233.57 Dividend of 3.56593% |

4

F. <u>SECTION 726(a)(3) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL UNTIMELY FILED UNSECURED CLAIMS | | $ | $ |

G. <u>SECTION 726(a)(4) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL FINES, PENALTIES, ETC. | | $ | $ |

H. <u>SECTION 726(a)(5) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL INTEREST ON ALLOWED CLAIMS | | $ | $ |

I. <u>SECTION 726(a)(6) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL REFUND TO DEBTOR | | $ | $ |

All distribution checks issued by the Trustee shall bear the notation "VOID IF NOT CASHED WITHIN 90 DAYS." Subsequent to the 91st day after the checks have been disbursed to the claimants, the Trustee shall stop payment and void any check not negotiated and shall issue a replacement check (Payable to Clerk, United States Bankruptcy Court), for the benefit of such claimant. The replacement check shall be issued to the Clerk of the Bankruptcy Court, together with the Report of Small/Unclaimed Dividends.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: May 16, 2008

TRUSTEE: _____
Richard Belford
9 Trumbull Street
New Haven, CT  06511
(203) 865-0867
#CT15490
richardbelford@earthlink.net

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: <br> SEAN P. BOWLER and <br> MAUREEN R. BOWLER, <br><br> DEBTORS | : CASE NO. 07-31745 ASD <br> : <br> : CHAPTER 7 <br> : <br> : Re: Doc. I.D. No. 45 |

## ORDER APPROVING COMPENSATION OF CHAPTER 7 TRUSTEE

The Trustee's Final Report and Application for Compensation having been filed and after notice and a hearing; it is hereby

ORDERED that the Trustee's commission in the amount of $751.13 plus reimbursement of expenses in the amount of $20.00 be allowed, with payment to be made at the time of the distribution to creditors.

Dated: May 15, 2008                                              BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge

U.S.T.'s statement of no objection Doc. I.D. No. 47

Page: 1

# CHASE

## JPMorgan Chase Bank, N.A.

Back Office Trustee Transfer System

**Transaction Summary Report**

Date: 5/16/2008
Time: 1:16:26PM

From 4/1/2008    To 5/16/2008

**Trustee: 270030   Richard Belford**

| Account 312099807665 | | **BOWLER SEAN P** | | Case Number : 07-31745 |

| Date | Amount | Chk Nbr | Tran. Code | Tran. Description | Balance |
|---|---|---|---|---|---|
| 04/30/08 | 0.41 | | INTEREST | MMA End-of-Month Interest Credit | 3,004.54 |
| 05/14/08 | 0.16 | | 019 | MMA Cirf CLOSEOUT Interest Credit | 3,004.70 |
| 05/14/08 | 3,004.70 | | 151 | Miscellaneous Debit | 0.00 |

### TOTALS

| | |
|---|---|
| Opening Balance: | 3,004.13 |
| 2 Credits | 0.57 |
| 0 Checks | 0.00 |
| 1 Debits | 3,004.70 |
| 0 Tefra | 0.00 |
| Ending Balance: | 0.00 |

ALTHOUGH JPMORGAN CHASE BANK, N.A. MAKES REASONABLE EFFORTS TO ENSURE THE ACCURACY AND RELIABILITY OF THE INFORMATION PROVIDED IN THIS REPORT, JPMORGAN IS NOT RESPONSIBLE FOR ANY ERRORS IN OR OMISSIONS FROM THE INFORMATION. ALL INFORMATION IS PROVIDED "AS IS" TO YOU WITHOUT EXPRESS OR IMPLIED WARRANTIES OF ANY KIND INCLUDING THE WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY OR FITNESS FOR ANY PARTICULAR PURPOSE.

Page: 1

# CHASE 🟦

## JPMorgan Chase Bank, N.A.

Date: 5/16/2008
Time: 1:16:54PM

Back Office Trustee Transfer System
**Transaction Summary Report**
From 4/1/2008 To 5/16/2008

### Trustee: 270030  Richard Belford

**Account 312099807666**    **BOWLER SEAN P**    **Case Number : 07-31745**

| Date | Amount | Check Nbr | Tran Code | Tran Description | Balance |
|---|---|---|---|---|---|
| 05/14/08 | 3,004.70 | | 150 | Miscellaneous Credit | 3,004.70 |

### TOTALS

| | |
|---|---|
| Opening Balance: | 0.00 |
| 1 Credits | 3,004.70 |
| 0 Checks | 0.00 |
| 0 Debits | 0.00 |
| 0 Tefra | 0.00 |
| Ending Balance: | 3,004.70 |

ALTHOUGH JPMORGAN CHASE BANK, N.A. MAKES REASONABLE EFFORTS TO ENSURE THE ACCURACY AND RELIABILITY OF THE INFORMATION PROVIDED IN THIS REPORT, JPMORGAN IS NOT RESPONSIBLE FOR ANY ERRORS IN OR OMISSIONS FROM THE INFORMATION. ALL INFORMATION IS PROVIDED "AS IS" TO YOU WITHOUT EXPRESS OR IMPLIED WARRANTIES OF ANY KIND INCLUDING THE WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY OR FITNESS FOR ANY PARTICULAR PURPOSE.