**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEAN P. BOWLER and ) | Chapter 7 |
| MAUREEN R. BOWLER ) | |
|     Debtors ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | Case No. 07-31745 (ASD) |
| COMPANY, AS INDENTURE TRUSTEE ) | |
|     Creditor ) | |
| ) | |
| SEAN P. BOWLER, ) | |
| MAUREEN R. BOWLER and ) | |
| RICHARD BELFORD, ) | |
|     Chapter 7 Trustee ) | February 9, 2009 |
|     Respondents ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR ALL NOTICES**

**PLEASE TAKE NOTICE** that the undersigned attorney is appearing for Deutsche Bank National Trust Company as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, Mortgage-Backed Notes, Series 2005-2 in the above-captioned bankruptcy proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 (the "Bankruptcy Rules"), the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served, be given to the undersigned at:

    Martha Croog, Esq.
    Law Office of Martha Croog, LLC

740 North Main Street, Suite N
West Hartford, CT  06117

**PLEASE TAKE FURTHER NOTICE** that the foregoing request, as contemplated by the Bankruptcy Rules identified above, includes notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, courier services, telephone, telecopier, telegraph, telex or otherwise.

**CREDITOR,**
**DEUTSCHE BANK NATIONAL TRUST**
**COMPANY, AS INDENTURE TRUSTEE**

By: _____/s/ Martha Croog_____
Martha Croog, Esq.
Law Office of Martha Croog, LLC
740 North Main Street
West Hartford, CT 06117
(860) 236-9661
Federal Bar No. CT12730