**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEAN P. BOWLER and ) | Chapter 7 |
| MAUREEN R. BOWLER ) | |
|    Debtors ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | Case No. 07-31745 (ASD) |
| COMPANY, AS INDENTURE TRUSTEE ) | |
|    Movant ) | |
| ) | |
| SEAN P. BOWLER, ) | |
| MAUREEN R. BOWLER and ) | |
| RICHARD BELFORD, ) | |
|    Chapter 7 Trustee ) | February 9, 2009 |
|    Respondents ) | |

**NOTICE OF BAR DATE FOR FILING AN OBJECTION**

The undersigned has filed the following documents:

(1)   A Motion for Relief from Stay
       and
(2)   A Proposed Order associated therewith.

**IMPORTANT NOTICE: Unless you *file* with the Clerk, and *serve* upon the undersigned Movant, an Objection to the referenced pleading *not later than* February 19, 2009, the Proposed Order may enter *without a hearing* or any further notice.**

                                         **MOVANT,**
                                         **DEUTSCHE BANK NATIONAL TRUST**
                                         **COMPANY, AS INDENTURE TRUSTEE**

                            By:   **/s/ Martha Croog**
                                    Martha Croog, Esq.
                                    Law Office of Martha Croog, LLC
                                    740 North Main Street, Suite N
                                    West Hartford, CT  06117
                                    (860) 236-9661; Bar No. CT12730