**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEAN P. BOWLER and ) | Chapter 7 |
| MAUREEN R. BOWLER ) | |
|    Debtors ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | Case No. 07-31745 (ASD) |
| COMPANY, AS INDENTURE TRUSTEE ) | |
|    Movant ) | |
| ) | |
| SEAN P. BOWLER, ) | |
| MAUREEN R. BOWLER and ) | |
| RICHARD BELFORD, ) | |
|    Chapter 7 Trustee ) | February 9, 2009 |
|    Respondents ) | |

**NOTICE OF BAR DATE CERTIFICATION**

The undersigned hereby certifies that on the 9th day of February 2009, in accordance with applicable law, I served the following documents upon the entities listed on the annexed Service List (constituting all entities entitled to notice):

(1)    Motion for Relief from Stay,

(2)    a copy of the Proposed Order associated therewith, and

(3)    a NOTICE OF BAR DATE FOR FILING AN OBJECTION.

                            MOVANT,
                            DEUTSCEH BANK NATIONAL TRUST
                            COMPANY, AS INDENTURE TRUSTEE

By:   **/s/ Martha Croog**
          Martha Croog, Esq.
          Law Office of Martha Croog, LLC
          740 North Main Street, Suite N
          West Hartford, CT  06117
          (860) 236-9661
          Bar No. CT12730

## **SERVICE LIST**

***BY FIRST CLASS MAIL***

Debtors:
Sean P. Bowler
75 Red Barn Road
Monroe, CT 06468

Maureen R. Bowler
75 Red Barn Road
Monroe, CT 06468

***BY NOTICE OF ELECTRONIC FILING***

Chapter 7 Trustee
Richard Belford
Nine Trumbull Street
New Haven, CT 06511

U.S. Trustee
Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtors' Attorney
Gregory B. Schiller
Zeisler and Zeisler
558 Clinton Avenue
PO Box 3186
Bridgeport, CT 06605