**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEAN P. BOWLER and ) | Chapter 7 |
| MAUREEN R. BOWLER ) | |
|     Debtors ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | Case No. 07-31745 (ASD) |
| COMPANY, AS INDENTURE TRUSTEE ) | |
|     Movant ) | |
| ) | |
| SEAN P. BOWLER, ) | |
| MAUREEN R. BOWLER and ) | |
| RICHARD BELFORD, ) | |
|     Chapter 7 Trustee ) | February 19, 2009 |
|     Respondents ) | |

## REQUEST FOR ENTRY OF PROPOSED ORDER

The undersigned states:

(a) that a copy of the pleading initiating this contested matter, a copy of the Proposed Order associated therewith, and NOTICE OF BAR DATE FOR FILING AN OBJECTION (the "NOTICE OF BAR DATE"), were served on all parties entitled to such notice;

(b) that the Bar Date stated in the NOTICE OF BAR DATE was in accord with any order of this Court and all applicable Bankruptcy Code Sections and Rules; and

(c) that the Bar Date has passed without the filing of an Objection or REQUEST FOR A HEARING.

**A COPY OF THE FIRST PAGE OF THE PLEADING INITIATING THE CONTESTED MATTER IS ATTACHED HERETO.**

**AN ORDER IDENTICAL TO THE PROPOSED ORDER HAS BEEN SEPARATELY FILED WITH THE CLERK IN ACCORDANCE WITH THE COURT'S ADMINISTRATIVE PROCEDURES.**

Accordingly, the undersigned requests the entry of the Proposed Order.

**MOVANT,
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE**

*/s/ Martha Croog*
By: Martha Croog
Law Office of Martha Croog, LLC
740 North Main Street
West Hartford, CT 06117
(860) 236-9661
Bar No. CT12730

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| SEAN P. BOWLER and ) | Chapter 7 |
| MAUREEN R. BOWLER ) | |
|     Debtors ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | Case No. 07-31745 (ASD) |
| COMPANY, AS INDENTURE TRUSTEE ) | |
|     Movant ) | |
| ) | |
| SEAN P. BOWLER, ) | |
| MAUREEN R. BOWLER and ) | |
| RICHARD BELFORD, ) | |
|     Chapter 7 Trustee ) | February 9, 2009 |
|     Respondents ) | |

**MOTION FOR RELIEF FROM STAY**

Pursuant to 11 U.S.C. § 362 (d) and Fed. R. Bankr. P. 4001(a), Deutsche Bank National Trust Company as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, Mortgage-Backed Notes, Series 2005-2 (the "Movant"), a creditor and party in interest in this case, moves this Court for an Order lifting the automatic stay in this case under §362(d)(2) of Title 11 of the United States Code (the "Bankruptcy Code") and in support of this Motion submits the following:

**BACKGROUND AND FACTS**

1.    Maureen R. Bowler a/k/a Maureen Rietano Bowler (the "Debtor") owns real property located at 75 Red Barn Road, Monroe, Connecticut 06468 (the "Property").