**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** ) | |
| **SEAN P. BOWLER and** ) | **Chapter 7** |
| **MAUREEN R. BOWLER** ) | |
| Debtors ) | **Re: Doc. Id. No. 53** |
| ) | |
| **DEUTSCHE BANK NATIONAL TRUST** ) | **Case No. 07-31745 (ASD)** |
| **COMPANY, AS INDENTURE TRUSTEE** ) | |
| Movant ) | |
| ) | |
| **SEAN P. BOWLER,** ) | |
| **MAUREEN R. BOWLER and** ) | |
| **RICHARD BELFORD,** ) | |
| **Chapter 7 Trustee** ) | |
| **Respondents** ) | |

## ORDER GRANTING RELIEF FROM STAY

The annexed Motion for Relief from Stay having been filed under 11 U.S.C. §362(d)(1) and having been considered and heard after notice to all parties entitled thereto,

**IT IS ORDERED** that the automatic stay of § 362(a) is modified to allow the Movant to enforce its rights in state court with respect to a mortgage given to it by Maureen R. Bowler a/k/a Maureen Rietano Bowler on real property located at 75 Red Barn Road, Monroe, Connecticut 06468, and.

**IT IS FURTHER ORDERED** that the 10-day stay of Bankruptcy Rule 4001(a)(3) is not applicable.

Dated: February 20, 2009                                                  BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge

Full Compliance Short Calendar Procedure
KVK

-2-