**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SEAN P. BOWLER | : | CHAPTER 7 |
| MAUREEN R. BOWLER | : | |
| | : | |
| DEBTORS | : | CASE NO. : 07-31745 (ASD) |

## **APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 7 case on behalf of **SEAN P. BOWLER** and **MAUREEN R. BOWLER**. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted, this 26th day of August, 2009.

        THE DEBTORS,
        **SEAN P. BOWLER**
          and **MAUREEN R. BOWLER**


BY   / s / Kerry M. Connor
     Kerry M. Connor, Esq. (ct28047)
     ZEISLER & ZEISLER, P.C.
     558 Clinton Avenue
     Bridgeport, CT  06605
     Tel. 203-368-4234
     Fax 203-367-9678
     Email: kconnor@zeislaw.com