UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

| | | |
|---|---|---|
| SEAN P. BOWLER and, | : | Chapter 7 |
| MAUREEN R. BOWLER, | : | |
| | : | |
| Debtors | : | Case No. 07-31745 |

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 7 case on behalf of Sean P. Bowler and Maureen R. Bowler. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office, address and telephone number set forth below.

     PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted, this 3rd day of February, 2010.

By: */s/Matthew K. Beatman*
MATTHEW K. BEATMAN (ct08923)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
Telephone: (203) 368-4234
Facsimile: 203-367-9678
Email: mbeatman@zeislaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

| | | |
|---|---|---|
| SEAN P. BOWLER and, | : | Chapter 7 |
| MAUREEN R. BOWLER, | : | |
| | : | |
| Debtors | : | Case No. 07-31745 |

## CERTIFICATION OF SERVICE

     This is to certify that on February 3, 2010 a true copy of the Notice of Appearance was sent via electronic transmission utilizing the court's CM/ECF system or mailed, first class mail, postage prepaid to:

*Trustee*
**Richard Belford**
Nine Trumbull Street
New Haven, CT 06511
(203)865-0867

*U.S. Trustee*
**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210

**Martha E. Croog**
Law Office of Martha Croog, LLC
740 North Main Street, Suite N
West Hartford, CT 06117          representing     **Deutsche Bank National Trust Company, as Indenture Trustee**
(860) 236-9661                                     *(Creditor)*
860-233-9927 (fax)
martha.croog@mcroogllc.com
 *Assigned: 02/09/2009*

**Gilbert B. Weisman**          representing     **American Express Centurion Bank**

2

| | |
|---|---|
| Becket & Lee<br>16 General Warren Blvd<br>P.O. Box 3001<br>Malvern, Pa 19355<br>(610) 644-7800<br>610-993-8494 (fax)<br>notices@becket-lee.com<br>*Assigned: 08/24/2007* | c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>*(Creditor)*<br><br>**eCAST Settlement Corporation**<br>POB 35480<br>Newark, NJ 07193<br>*(Creditor)* |

Dated this 3rd day of February, 2010.

By:  */s/Matthew K. Beatman*
     MATTHEW K. BEATMAN (ct08923)
     ZEISLER & ZEISLER, P.C.
     558 Clinton Avenue
     P.O. Box 3186
     Bridgeport, CT  06605
     Telephone: (203) 368-4234
     Facsimile: 203-367-9678
     Email: mbeatman@zeislaw.com