UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

SEAN P. BOWLER and                              :       Chapter 7
MAUREEN R. BOWLER                               :
   Debtors                                      :       Case No.: 07-31745

NOTICE OF BAR DATE
FOR OBJECTION TO PROPOSED ORDER

The undersigned, (the "Movant") has filed the following documents:

1. Motion to Withdraw as Attorney (the "contested matter") and

2. a proposed order

PLEASE TAKE NOTICE that unless you file a written request for a hearing or a written objection to the contested matter and serve a copy on the undersigned Movant *no later than ten (10) days* after the contested matter was filed, the proposed order may enter without a hearing or any further notice.

PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated this 12th day of February, 2010 at Bridgeport, CT.

                            THE MOVANT,

By:   /S/ KERRY M. CONNOR
       Kerry M. Connor, Esq. (ct28047)
       ZEISLER & ZEISLER, P.C.
       558 Clinton Avenue
       P.O. Box 3186
       Bridgeport, CT  06605
       (203) 368-4234