UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:

| | | |
|---|---|---|
| SEAN P. BOWLER and | : | Chapter 7 |
| MAUREEN R. BOWLER | : | |
| Debtors | : | Case No.: 07-31745 |

REQUEST FOR ENTRY OF PROPOSED ORDER

The undersigned (the "Movant") states:

(a) that a copy of the Motion to Withdraw as Attorney, a copy of the proposed order, and a Notice of Bar Date for Objection to Order were served on all parties entitled to such notice;

(b) that the Bar Date stated in that notice was in accord with any order of this court and all applicable code sections and rules; and

(c) that the Bar Date has passed without the filing of an objection.

Accordingly, the undersigned request the entry of the proposed order.

Dated this 3rd day of September, 2010 at Bridgeport, CT.

By: */s/Matthew K. Beatman*
Matthew K. Beatman (ct08923)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT  06605
(203) 368-4234

1