UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

SEAN P. BOWLER and : Chapter 7
MAUREEN R. BOWLER :
      Debtors : Case No.: 07-31745

      Re: Doc. Id. No. 63

ORDER ON MOTION TO WITHDRAW AS ATTORNEY

      THIS MATTER came before the Court upon the Motion to Withdraw as Attorney, the Court having reviewed the Motion and file herein, there being due and sufficient cause for such relief, it is therefore

      ORDERED AND ADJUDGED that the Motion to Withdraw as Attorney is hereby GRANTED. The appearance of Kerry M. Connor, Esq. is hereby WITHDRAWN.

Dated: September 8, 2010

      BY THE COURT

      *Lorraine Murphy Weil*
      Lorraine Murphy Weil
      Chief United States Bankruptcy Judge